JULIE A. MERSCH, ESQ.
Nevada Bar No. 4695
LAW OFFICE OF JULIE A. MERSCH
701 S. 7th Street
Las Vegas, NV 89101
Phone: (702) 387-5868
Fax (702) 387-0109
jam@merschlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHERRI ELSON, | ) | CASE NO. 2:14-cv-01554-GMN-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DISCOVERY PLAN AND** |
| | ) | **SCHEDULING ORDER** |
| UNITEDHEALTH GROUP INCORPORATED, as Plan Administrator of the UnitedHealth Group Short-Term Disability Plan; SEDGWICK CLAIMS MANAGEMENT SERVICES, as Claims Administrator for the UnitedHealth Group Short-Term Disability Plan; DOES I through V; and ROE CORPORATIONS I thru inclusive, | ) ) ) ) ) ) ) ) ) | **SPECIAL SCHEDULING REQUESTED** |
| Defendants. | ) | |

Plaintiff SHERRI ELSON and Defendants UNITEDHEALTH GROUP INCORPORATED and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. by and through their respective attorneys, jointly move this Court for a special scheduling review of the parties' proposed discovery plan in this matter.

**I.     Rule 26(f) Conference.**

Pursuant to FRCP 26(f), a meeting was held on December 4, 2014, attended by Julie A. Mersch, Esq., counsel for Plaintiff, and Danielle K. Herring, Esq., counsel for Defendants.

1  Counsel discussed the claims and legal issues at the meeting and agreed that the standard
2  discovery plan is not best-suited for this lawsuit for the reasons set forth below.

3  **II.    Nature of Case and Purpose of Special Review.**

4  This dispute involves Plaintiff ELSON's claim for short-term disability benefits under a
5  group insurance plan administered by Defendant UNITEDHEALTH GROUP
6  INCORPORATED ("UNITEDHEALTH") (Plan Administrator) for the benefit of its
7  employees.  UNITEDHEALTH delegated the administration of claims under the plan to
8  Defendant SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. ("SEDGWICK")
9  (Claims Administrator).  The Plaintiff's complaint alleges a claim under the Employee
10 Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA").  Discovery
11 may be limited to the administrative record for Plaintiff's administrative claim and appeal.
12 The administrative record includes, inter alia, Plaintiff's medical records, Plaintiff's arguments
13 for the payment of benefits, the Plan Administrator's and Claim Administrator's decisions, and
14 the short-term disability plan documents.
15 Accordingly, the parties jointly request that this Court review and adopt the proposed
16 discovery and case schedule set forth below:

17 **III.   Proposed Plan.**

18 The parties have conferred and agreed as follows:

19 A.    <u>Production and Review of the Administrative Record:</u>  Defendants are in
20 possession of the administrative record in this matter.  Defendants will produce a proposed
21 administrative record for Plaintiff's review by **January 9, 2015**.  On or before **January 23,**
22 **2015**, Plaintiff will notify Defendants of her position as to the following issues: (1) whether
23 Plaintiff believes that any additional documents should be added to the administrative record;
24 (2) whether Plaintiff believes that any documents contained in the proposed administrative
25 record should be omitted, and (3) whether Plaintiff believes that any discovery beyond the
26 administrative record should be conducted.

27 B.    <u>Filing of Administrative Record/Motion for Discovery</u>: On or before **February**
28 **24, 2015**, Defendants will file a joint administrative record with this Court, the contents of

1  which will be agreed upon by Plaintiff.  In the event the parties cannot reach an agreement on
2  the joint administrative record, Plaintiff will file any motion(s) that Plaintiff believes is
3  appropriate, including but not limited to moving to conduct discovery beyond the
4  administrative record and/or moving to supplement or omit from the administrative record, by
5  **March 13, 2015** (pending determination on any motions, the parties will file on **February 24,**
6  **2015**, those portions of the administrative record on which they do agree).

7        C. <u>Briefing Schedule for Legal Issues/Merits of the Case</u>:  The primary legal issues
8  in this matter are the following: (1) the standard of review to be applied to Defendants'
9  decision to deny Plaintiff's claim for short-term disability benefits; and (2) whether, applying
10  that standard of review, Defendants' decision should be affirmed by the Court.

11        If a joint administrative record is timely filed and Plaintiff does not seek to conduct
12  discovery beyond the administrative record, or to supplement or omit from the administrative
13  record, the parties propose that FRCP Rule 52 motions be filed no later than **March 31, 2015**.

14        If Plaintiff does seek and is permitted discovery beyond the administrative record, the
15  above deadlines will be suspended.  The parties will work together and with the Court to

16  / / / /
17  / / / /
18  / / / /
19  / / / /
20  / / / /
21  / / / /
22  / / / /
23  / / / /
24  / / / /
25  / / / /
26  / / / /
27  / / / /
28  / / / /

prepare a new scheduling order, and may seek a status conference to address any outstanding discovery or other issues.

WHEREFORE, the parties jointly request that this Court adopt the proposed discovery and case schedule set forth herein.

DATED this 15th day of December, 2014.

| LAW OFFICE OF JULIE MERSCH | LITTLER MENDELSON, PC |
|---|---|
| By: /s/ Julie A. Mersch<br>Julie A. Mersch, Esq.<br>Nevada Bar No.: 004695<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>(702) 387-5868<br>Attorney for Plaintiff | By: /s/ Danielle K. Herring<br>Danielle K. Herring, Esq., *Pro Hac Vice*<br>Montgomery Y. Paek, Esq.<br>Nevada Bar No. 10176<br>3960 Howard Hughes Parkway, Suite 300<br>Las Vegas, NV 89169-5937<br>Telephone: 702.862.8800<br>Attorneys for Defendants |

**IT IS SO ORDERED.**

Dated this 16th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE