# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI ELSON,<br><br>        Plaintiff(s),<br>vs.<br><br>UNITED HEALTH GROUP INC., et al.,<br><br>        Defendant(s). | Case No. 2:14-cv-01554-GMN-NJK<br><br>ORDER GRANTING MOTION TO FILE UNDER SEAL<br><br>(Docket No. 24) |

    Pending before the Court is Defendants' unopposed motion to file the Joint Stipulated Record under seal. Docket No. 24. This case involves Plaintiff's denial of benefits case filed pursuant to the Employment Retirement Income Security Act of 1974 (ERISA). *Id.* The documents at issue consists of "over 800 pages containing, among other things, numerous copies of Elson's medical records, conditions, tests, and evaluations, and discussions of such records and Elson's medical conditions." *Id.*, at 2; *see,* Docket No. 25.

    The Ninth Circuit has held that there is a presumption of public access to judicial files and records, and that parties seeking to maintain the secrecy of documents attached to non-dispositive motions must show good cause exists to overcome the presumption of public access. *See, e.g.*, *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Defendants represent that Plaintiff's right to privacy of her personal medical records create a presumption of good cause, and that redacting such information would not be practical. Docket No. 24, at 2-3. The Court finds that good cause exists to seal the Joint Stipulated Record that outweighs the public's right to access. *See,*

*e.g., Sullivan v. Prudential Ins. Co. of Am.*, 2012 WL 3763904, at *1 (E.D. Cal. Aug. 29, 2012) (granting the parties' request to seal the Administrative Record in an ERISA action); *A.B., a minor, v. San Francisco Unified School Dist.*, 2007 WL 2900527, at *1 (N.D. Cal. Oct. 2, 2007) (noting "administrative record[s] . . . often contain[ ] sensitive . . . information, and often in references too numerous to redact"). Accordingly, Defendants' unopposed motion to file under seal (Docket No. 24) is **GRANTED**.

IT IS SO ORDERED.

DATED: February 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge