# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRI ELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITEDHEALTH GROUP, INC., et al.,<br><br>    Defendants. | Case No. 2:14-cv-01554-GMN-NJK<br><br>ORDER<br><br>(Docket No. 53) |

  Pending before the Court is a notice indicating that the parties have agreed to a resolution of this matter. Docket No. 56. Accordingly, the Court **DENIES** without prejudice Plaintiff's motion for attorney fees. Docket No. 53. The parties shall submit dismissal paperwork no later than June 27, 2016.

  IT IS SO ORDERED.

  DATED: May 20, 2016.

_____
Nancy J. Koppe
United States Magistrate Judge